IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 16 2009
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § NO. 4:09-CR-160-A |
| | § |
| ALBERTO PULIDO a/k/a "Betico," | § |
| ET AL. | § |

### O R D E R

Attached to this order as an exhibit is a letter the court received through the mail on the date of the signing of this order from defendant JAVIER ROSALES ("Rosales"). The court will consider the matter mentioned in the letter at the hearing that is to be conducted in this case at 10:00 a.m. on December 21, 2009.

THE COURT SO ORDERS.

SIGNED December 16, 2009.

_____
JOHN McBRYDE
United States District Judge

Dear Judge

MX name is Javier Rosales. This letter is to let Xow know that I have fire my attorney for unsufficient counseling this happen todoy 12-14-09 during my Attorney visit and the money that I already gave him I don't belive Im getting it back and at this time I have no more founds to hire onother attorney Im asking if the court will asigned me with a appointed lawyer I will really apreciated   thankyou

Sincerilly, Javier Rosales
CN 409-CR-160-A

Exhibit to order signed December 16, 2009, in Case No. 4:09-CR-160-A (Page 1 of 1)