FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 DEC 28  AM 10: 21

CLERK OF COURT

CTJ
ORIGINAL

Record on Appeal Filed

**Paper Transcript**
**VOL: 4**

4 : 09 - CR - 16

**12-10898**
USA v. Javier Rosales

FILED  11/08/2012
Property of US Court of Appeals
Lyle W. Cayce, Clerk, 5th Circuit



12 - 10898 R 1 T 1

ORIGINAL DOCUMENTS ENCLOSED
RETURN TO DISTRICT COURT
CASE #
4:09 - CR - 160 - A

112

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| ALBERTO PULIDO          (1) | § | No.    4:09CR-160-A |
|   a/k/a "Betico" | § | |
| JUAN RAMIREZ          (2) | § | |
| JAVIER ROSALES          (3) | § | |
| JESUS ORTEGA          (4) | § | |
| DANIEL BERNARDINO     (5) | § | |
| GUSTAVO PULIDO          (6) | § | |
| ISIDRO LOZANO          (7) | § | |
| EDUARDO FLORES          (8) | § | |

## INDEX TO AUDIO RECORDINGS

| Tab No. | Session No. | DATE | PARTICIPANT #1 | PARTICIPANT #2 |
|---------|-------------|------|----------------|----------------|
| 1 | 4 | 9/9/2009 | ROSALES, Javier | UNKNOWN, Male |
| 2 | 13 | 9/9/2009 | ROSALES, Javier | UNKNOWN, Male |
| 3 | 31 | 9/10/2009 | ROSALES, Javier | UNKNOWN, Male |
| 4 | 33 | 9/10/2009 | ROSALES, Javier | UNKNOWN, Male |
| 5 | 40 | 9/10/2009 | ROSALES, Javier | UNKNOWN, Male |
| 6 | 56 | 9/11/2009 | ROSALES, Javier | UNKNOWN, Male |
| 7 | 79 | 9/11/2009 | ROSALES, Javier | PULIDO, Alberto |
| 8 | 100 | 9/12/2009 | ROSALES, Javier | PULIDO, Alberto |
| 9 | 108 | 9/12/2009 | ROSALES, Javier | LNU, Daniel |
| 10 | 122 | 9/12/2009 | LNU, Luis | UNKNOWN, Male |
| 11 | 190 | 9/15/2009 | ROSALES, Javier | PULIDO, Alberto |
| 12 | 198 | 9/15/2009 | ROSALES, Javier | PULIDO, Alberto |

| Tab No. | Session No. | DATE | PARTICIPANT #1 | PARTICIPANT #2 |
|---------|-------------|------|----------------|----------------|
| 13 | 207 | 9/15/2009 | ROSALES, Javier | LNU, Daniel |
| 14 | 212 | .9/15/2009 | ROSALES, Javier | UNKNOWN, Male |
| 15 | 227 | 9/16/2009 | ROSALES, Javier | LNU, FNU |
| 16 | 230 | 9/16/2009 | ROSALES, Javier | Confidential Source |
| 17 | 235 | 9/16/2009 | ROSALES, Javier | PULIDO, Alberto |
| 18 | 278 | 9/17/2009 | ROSALES, Javier | Confidential Source |
| 19 | 297 | 9/18/2009 | ROSALES, Javier | PULIDO, Alberto |
| 20 | 301 | 9/18/2009 | ROSALES, Javier | Confidential Source |
| 21 | 343 | 9/21/2009 | ROSALES, Javier | UNKNOWN, Male |
| 22 | 354 | 9/21/2009 | ROSALES, Javier | Confidential Source |
| 23 | 373 | 9/22/2009 | ROSALES, Javier | Confidential Source |
| 24 | 392 | 9/23/2009 | ROSALES, Javier | PULIDO, Alberto |
| 25 | 398 | 9/23/2009 | ROSALES, Javier | UNKNOWN, Male |
| 26 | 490 | 9/29/2009 | ROSALES, Javier | Confidential Source |
| 27 | 491 | 9/29/2009 | ROSALES, Javier | Confidential Source |
| 28 | 492 | 9/29/2009 | ROSALES, Javier | Confidential Source |
| 29 | 502 | 9/30/2009 | ROSALES, Javier | Confidential Source |
| 30 | 520 | 10/2/2009 | ROSALES, Javier | PULIDO, Alberto |
| 31 | 522 | 10/2/2009 | ROSALES, Javier | PULIDO, Alberto |
| 32 | 523 | 10/2/2009 | ROSALES, Javier | PULIDO, Alberto |
| 33 | 524 | 10/2/2009 | ROSALES, Javier | Confidential Source |
| 34 | 546 | 10/3/2009 | ROSALES, Javier | PULIDO, Alberto |
| 35 | 598 | 10/12/2009 | ROSALES, Javier | Confidential Source |
| 36 | 602 | 10/12/2009 | ROSALES, Javier | Confidential Source |
| 37 | 635 | 10/14/2009 | ROSALES, Javier | UNKNOWN, Male |
| 38 | 662 | 10/14/2009 | ROSALES, Javier | LNU, FNU aka Edgar |

| Tab No. | Session No. | DATE | PARTICIPANT #1 | PARTICIPANT #2 |
|---------|-------------|------|----------------|----------------|
| 39 | 677 | 10/14/2009 | ROSALES, Javier | LNU, FNU aka Edgar |
| 40 | 696 | 10/15/2009 | ROSALES, Javier | UNKNOWN, Male |
| 41 | 714 | 10/16/2009 | ROSALES, Javier | LNU, FNU aka Chilo |
| 42 | 719 | 10/16/2009 | ROSALES, Javier | UNKNOWN, Male |
| 43 | 721 | 10/16/2009 | ROSALES, Javier | LNU, FNU aka Chilo |
| 44 | 722 | 10/16/2009 | ROSALES, Javier | LNU, FNU aka Chilo |
| 45 | 727 | 10/16/2009 | ROSALES, Javier | PULIDO, Alberto |
| 46 | Recorded Interview | 09/10/2009 | PULIDO, Gustavo | JAY, Detective Angela |

CASE NUMBER          M1-08-0136

TARGET                (817) 819-3392

SESSION NUMBER     4

DATE                  WEDNESDAY, SEPTEMBER 09, 2009

TIME                  10:15:22 CDT

DURATION           00:02:48

DIRECTION          INCOMING

IN/OUT NUMBER      316010158066688

SUBSCRIBER        UNKNOWN

LANGUAGE           SPANISH

PARTICIPANTS        JAVIER ROSALES

                             UNKNOWN, MALE

MONITOR              EL MARTINEZ

TRANSCRIBER        E MARTINEZ

REVIEWER

JAVIER:          WHAT'S GOING ON, MAN?

UM:              NO, NOTHING, MAN JUST HERE WAITING FOR THEM TO CALL
                 ME BACK.

JAVIER:          DIDN'T BETO CALL YOU BACK RIGHT NOW?

UM:              YES, YES I TALKED WITH HIM. I TOLD HIM THAT I WAS
                 WAITING. HE LOOKED... HE SOUNDED MORE CALM AND
                 EVERYTHING. LIKE HE SAID, "NO, NO IT'S ALL GOOD." HE
                 SAID HE NEEDED TO DO SOMETHING TOMORROW BECAUSE I
                 THINK TOMORROW HE'S GOING TO GO SEE HIS COMPADRE
                 AND THEN I EXPLAINED THAT TO HIM. THE GUY SAID IT
                 WASN'T POSSIBLE... OR IT'S TO SAY IT'S NOT POSSIBLE TO GET
                 THE KIND HE WANTS HERE BECAUSE THEY DON'T BRING
                 THOSE OVER HERE. I SAID TO HIM...WHEN YOU ASK FOR
                 THAT... WHEN YOU ASK FOR THAT THEY WILL SEND THIS ONE
                 THEY SEND US. [U/I]

JAVIER:          YES, YES, OKAY YES RIGHT NOW I GOT A CALL AND DIDN'T
                 HEAR RIGHT NOW AND NOW I AM CALLING BACK AND THEY
                 DON'T ANSWER I THINK HE WAS TALKING WITH YOU.

UM:              HE WAS TALKING WITH ME RIGHT NOW, BUT LIKE I TELL YOU
                 HE SOUNDS CALMER AND NOT DESPERATE LIKE YESTERDAY,
                 BUT I TELL YOU I DID EXPLAIN THAT I AM JUST WAITING FOR
                 THE GUY TO CALL ME TO SEE WHAT HE'S GOING TO SAY
                 ABOUT THAT. THE ONE... IT WAS GOOD JUST OR IT'S TO SAY I
                 AM ALSO LOOKING TO SEE IF ALL THAT MESS WILL COME OUT
                 GOOD [U/I] BUT HUH...I JUST WANT A REASON TO TELL HIM...
                 TO...TO THE COMPADRE.

JAVIER:          LOOK, MAN IN THE END EVERYTHING WILL COME OUT GOOD
                 FOR US YOU KNOW WHY? BECAUSE IF THEY DELIVER THOSE
                 THINGS AND SAY HEY I RETURNED THOSE TO THE STORE.
                 YOU UNDERSTAND AND IN THE END EVERYTHING WILL COME
                 OUT BETTER.

UM:              WELL THAT IS TRUE THEY ARE GOING TO BE RETURNED.

JAVIER:          YEAH, THAT IS WHAT I AM GOING TO TELL HIM. I SAID, GOOD,
                 FOR ONE THING THAT HAPPENS OR ANOTHER, BUT IT'S
                 MAYBE BETTER FOR US BECAUSE YES THIS TROUBLE WILL BE
                 OFF US AND YOU ARE GOING TO SAY YOU KNOW WHAT I AM
                 GOING TO RETURN IT TO THE STORE.

UM:             IT'S TRUE, IT'S TRUE.  ONLY WHEN THEY RETURN THEM JUST
                THAT THE OTHER... THE STORE NOT TELL THEM THEY ARE
                GOING TO GIVE US THOSE ONLY IF THEY CAN GIVE US CASH,
                BUT THEY ARE GOING TO GIVE US...THEY ARE GOING TO GIVE
                US THOSE FIFTEEN'S (15'S).

JAVIER:         LOOK, I DON'T THINK THE GUYS WILL BENEFIT THEM TO GIVE
                YOU IN CASH. THEY ARE GOING TO WANT TO GIVE YOU THE
                OTHER THINGS.

UM:             YES, [BREAKS UP] BUT WHEN THEY ASK THEM IF WE
                RETURNED THEM AND SAY NO, BUT WE GAVE THEM FIFTEENS
                (15'S) THAT IS WHAT I WAS TELLING YOU.

JAVIER:         YES, BUT EITHER WAY THAT IS DONE AND TOO MANY THINGS
                HAVE PASSED.

UM:             OH, YES... EITHER WAY WHEN HE CALLS ME I'LL CALL YOU.
                RIGHT NOW HE SAID HE WAS GOING TO TALK WITH YOU.
                RIGHT NOW WHEN I HUNG UP HE SAID, "LET ME CALL MY
                COUSIN TO GET IN AGREEMENT."

JAVIER:         ALRIGHT, THEN LET ME CALL HIM.

                              [END OF CALL]

CASE NUMBER            M1-08-0136

TARGET                 (817) 819-3392

SESSION NUMBER         13

DATE                   WEDNESDAY, SEPTEMBER 09, 2009

TIME                   15:44:56 CDT

DURATION               00:01:26

DIRECTION              INCOMING

IN/OUT NUMBER          316010158066688

SUBSCRIBER             UNKNOWN

LANGUAGE               SPANISH

PARTICIPANTS           JAVIER ROSALES

                       UNKNOWN, MALE

MONITOR                G MARTINEZ

TRANSCRIBER            E MARTINEZ

REVIEWER

JAVIER:        WHAT'S HAPPENING, MAN?

UM:            NOTHING, IT'S THAT I LEFT THE TELEPHONE HERE AT THE
               HOUSE WHEN I WENT TO PICK UP MY DAUGHTER AT THE
               SCHOOL.  WHAT'S HAPPENING?

JAVIER:        HOW DID YOU SEE HIM?

UM:            WELL HE DIDN'T SEE TOO DOWN ONLY IF THAT WELL...HE
               LOOKS MORE OVER HERE SO HE WON'T LOOK TOO...WELL
               YOU SAID THAT WHEN YOU WOULD CALL HIM....WELL THE
               LAST TIME HE LOOKED SCARED WHEN WE SAW HIM THAT
               LAST TIME WITH THAT WOMAN.  I TELL YOU THIS WOMAN IS
               BAD FOR HIM, MAN LIKE HE FEELS PROTECTED BY THE
               WOMAN AND HE GETS DOWN OR IT'S TO SAY HE DOESN'T
               WANT TO EVEN TALK HE PREFERS FOR THE WOMAN TO TALK,
               BUT BY HIMSELF HE DIDN'T LOOK TOO DOWN.

JAVIER:        I WAS THINKING ABOUT THAT IT'S LIKE HE'S AFRAID OR
               SOMETHING.

UM:            YES, I TOLD HIM TO TALK WITH THAT WOMAN AND I TOLD
               HIM, I SAID, DON'T GET DOWN AND NOW WHEN THEY ASK
               YOU AND EVERYTHING TELL THEM WELL "I TOLD YOU WHAT
               I KNOW. IF YOU WANT TO KNOW MORE ABOUT THE ARMS
               WELL YOU HAVE THE NAME OF THE OWNER. I GAVE YOU
               THE.. I GAVE YOU THE... " WHAT DO YOU CALL IT?  I TOLD HIM
               THAT YOU GAVE HIM THE RECEIPT AND THEY SAID THEY
               WERE GOING TO RETURN THEM AND THEY DIDN'T.  TELL HIM
               THAT YOU GAVE THEM THE RECEIPT AND THEY SAID THEY
               WERE GOING TO RETURN THEM AND THEY DIDN'T.  TELL
               HIM... YOU ALREADY... TELL HIM THAT YOU GAVE THEM THE
               RECEIPT AND THEN THE MAN THE OWNER OF THE ARMS
               ALREADY CAME AND I CAN'T SAY ANYMORE AND ONLY IF
               THAT GUY COMES I CAN LET YOU KNOW.


                        [END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 31 |
| DATE | THURSDAY, SEPTEMBER 10, 2009 |
| TIME | 11:20:55 CDT |
| DURATION | 00:04:07 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | UNKNOWN, MALE |
| MONITOR | EL MARTINEZ |
| TRANSCRIBER | E MARTINEZ |
| REVIEWER | |

JAVIER:         WHAT'S GOING ON, MAN?

UM:             LISTEN, MAN I WAS THINKING MAN THEY ARE GOING TO SEND
                US TO HELL BECAUSE THEY WANT MONEY BECAUSE DO YOU
                THINK WE ARE GOING TO GIVE OUR PROFIT BACK?

JAVIER:         NO, NO, I THINK THEY WANT FOR US TO HAVE THE MONEY
                THERE...HUH... SO WE CAN BUY OTHER THINGS.

UM:             THAT IS WHAT I AM TELLING YOU, YOU SHOULD TELL HIM TO
                TELL YOU WHAT OTHER THING DOES HE WANT US TO BUY SO
                THAT WE CAN EXCHANGE OR SEE WHAT WE CAN DO.  YOU
                UNDERSTAND?  SO WE DON'T LOSE OUT EITHER.

JAVIER:         ONLY IF WE TELL HIM THE GUY ONLY WANTS TO EXCHANGE
                US.

UM:             WELL YES, THAT IS WHAT I AM TELLING YOU RIGHT NOW
                THAT WHEN WE WENT TO [U/I] I SAID NO THIS DUDE TAKES
                ADVANTAGE AND HE SAID, "YOU KNOW WHAT IF YOU WANT
                TO SELL IT TO A DEALER THEY ARE GOING TO GIVE YOU LIKE
                A THOUSAND (1000) DOLLARS THAT IS ALL.

JAVIER:         NO, NO, NO THAT IS A BITCH AND NO IT'S BEST TO EXCHANGE
                THEM AND THE OTHERS I THINK WILL SELL EASIER.

UM:             IT COULD BE THAT IS WHAT I WAS THINKING TOO OR IT'S TO
                SAY MAYBE THE FIFTEEN (15) I CAN SELL.  YOU UNDERSTAND
                WHAT I AM TELLING YOU?  FOR SOME HUH... NO I THINK THEY
                CAN SELL FOR A THOUSAND SEVEN HUNDRED (1,700) LIKE
                THAT.  YOU UNDERSTAND WHAT I AM TELLING YOU?  BUT
                HUM... IT'S THAT I UNDERSTAND THAT THESE ARE MORE
                EXPENSIVE THAN THE "R'S."

JAVIER:         LIKE WHAT IS THE DIFFERENCE?

UM:             WELL THE HUH... WELL THESE ARE... THESE...HERE THE FIRST
                (1ST) ONES WE SAW THEY ARE ABOUT EIGHTEEN (18),
                NINETEEN (19).  YOU UNDERSTAND?  THE "R-FIFTEEN (15)"
                THEY ARE ABOUT SIXTEEN (16) SOMETHING.  SIXTEEN (16)
                SOMETHING YOU UNDERSTAND? SAY THAT THEY ARE ALL
                GOING DOWN, MAN, BUT THESE ARE MORE EXPENSIVE THAN
                THE "R'S" WHAT HAPPENED IS THE GUY SAID THE PRICES
                HERE IN THE UNITED STATES THE THIRTEEN-EIGHT (13) (8)
                AREN'T USED TOO MUCH, MAN.  IT'S TO SAY I THINK IN

MEXICO IS WHERE THEY ARE USED.

| | |
|---|---|
| JAVIER: | YES, YES, YES NO WELL TELL HIM, "HEY THIS GUY... IT'S THAT SAYS HE DOESN'T WANT TO RETURN THE MONEY AND SAYS IT'S EASIER TO BUY." BECAUSE WE WILL TELL HIM "THE GUY IS GOING TO GO TO ANOTHER STORE AND BUY.  THE GUY IS WANTING TO PAWN AND THE GUY WILL EXCHANGE THEM FOR  FIFTEEN (15). |
| UM: | NO, EITHER WAY [U/I] OF FIVE (5).  TELL HIM, "REMEMBER EITHER WAY THEY ARE GOING TO WANT THE MONEY." OR IT'S TO SAY...IT'S A BITCH TO BE GETTING THE MONEY WITH PROFIT BECAUSE WE CAN'T GET THE PROFIT FROM THERE, MAN. |
| JAVIER: | NO, THAT WILL NOT BENEFIT HIM EITHER BECAUSE I THINK HE HAS TO PUT MORE THAN US. |
| UM: | I TELL YOU THAT WOULD BE A SHIT LOAD OF MONEY TO RETURN.  YOU UNDERSTAND?  IT'S BETTER FOR HIM TO TELL HIM OR IT'S TO SAY... THE GUY IS NOT WILLING AND FOR THE MONEY HE'S NOT WANTING TOO AND FOR HIM TO ASK HIM WHAT HE IS GOING TO WANT SO WE CAN GET IT FOR HIM.  IT WILL BE EASIER TO TRY AND EXCHANGE THIS ONE. |
| JAVIER: | WE NEED TO WAIT FOR [U/I] AND GUSTAVO TO SEE WHAT THAT WOMAN TELLS HIM. |
| UM: | GOOD.  ALRIGHT THEN EITHER WAY WE ARE GOING TO KEEP LOOKING. |
| JAVIER: | ALRIGHT, THEN.  LISTEN AND THE OTHER SIX (6) DID YOU ORDER THEM OR NOT? |
| UM: | YES. YES WELL SUPPOSEDLY THEY WILL ARRIVE TODAY. |
| JAVIER: | OKAY THAT IS GOOD.  DID THEY GUY TELL YOU HOW MUCH THEY ARE OR NOT? |
| UM: | HOW MUCH WHAT? |
| JAVIER: | HOW MUCH DID ALL THAT COME OUT TOO? |
| UM: | FOR THE SIX (6)? |

JAVIER:          YES, OR IT'S TO SAY HOW MUCH DID IT COME OUT TO
                 ANYWAY?

UM:              WELL THESE CAME OUT... EACH ONE CAME TO SIXTEEN (16),
                 SIXTEEN (16)...BUT SIXTEEN (16) AND THEN WHAT WE PAID
                 FOR...WHAT WE ARE GOING TO PAY FOR PICKING THEM UP
                 AND WHAT WE ARE GOING TO PAY FOR THE.. THIS GUY WHO
                 ORDERED THEM.

JAVIER:          YES, YES, YES OR IT'S TO SAY TO GIVE ME A COUNT OF HOW
                 MUCH EVERYTHING CAME OUT TO... EACH ONE (1).

UM:              GOOD, LET ME DO THE COUNT AND I'LL CALL YOU BACK.

JAVIER:          ALRIGHT, THEN.

                         [END OF CALL]

CASE NUMBER               M1-08-0136

TARGET                    (817) 819-3392

SESSION NUMBER            33

DATE                      Thursday, September 10, 2009

TIME                      11:44:40 CDT

DURATION                  00:06:05

DIRECTION                 Incoming

IN/OUT NUMBER             316010158066688

SUBSCRIBER                UNKNOWN


LANGUAGE                  Spanish

PARTICIPANTS              JAVIER ROSALES
                          UNKNOWN MALE


MONITOR                   elmartinez

TRANSCRIBER               NORMA CARRASCO

REVIEWER

JAVIER:    WHAT DOING?

UM:    OH AH [STUTTERS] I HAVE THE THINGS HERE NOW, MAN. IT WAS LIKE THIRTEEN THOUSAND ONE HUNDRED SOMETHING. MAN. I MEAN, COUNTING WITH THE ONE THAT BELONGS TO US. YOU UNDERSTAND ME?

JAVIER:    OKAY, BUT HOW [STUTTERS] HOW COUNTING EVERYTHING HOW?

UM:    YES, BECAUSE IN THE ... IT WAS TEN (10) TEN THOUSAND (10,000) IN THE THINGS AND THEN IT WAS LIKE... EIGHT HUNDRED (800) SOMETHING IN FUCKING TAXES.

JAVIER:    OKAY. AH... THEN [STUTTERS] THEN WHAT YOU WANT TO KNOW IS.. HOW MUCH IS GOING TO BE LEFT FOR EACH ONE, FOR EACH STICK SO IF TO KNOW AND BE ABLE TO SAY, YOU KNOW WHAT PRIMO [STUTTERS] NO. NOTHING IS LEFT OVER. BECAUSE, YOU KNOW [STUTTERS] I GOT ONE HUNDRED (100) BUCKS FROM EACH ONE. YOU UNDERSTAND ME?

UM:    THAT WAS OUR SHARE, DON'T YOU REMEMBER THAT I HAD TOLD YOU. WHEN WE DID THE ACCOUNTS IT WAS ALMOST ONE THOUSAND (1000) SOMETHING ONE THOUSAND NINE HUNDRED (1900) EVERYTHING BY THE TIME WE PAID FOR THEM TO BRING THEM. AND WE PAID FOR THEM TO BUY THEM IT WAS ONE THOUSAND NINE HUNDRED (1900) WITH TAXES AND EVERYTHING.

JAVIER:    OKAY, THERE YOU GO; THAT'S WHAT I WANTED TO KNOW. FOR [STUTTERS] NEXT TIME, TO TELL HIM, YOU KNOW WHAT PRIMO THIS ISN'T [STUTTERS] ISN'T [U/I][U/I] NOTHING LEFT OVER.

UM:    IT'S BECAUSE IT'S NOT, NOT BEING LEFT OVER. DIDN'T I TELL YOU, IT'S JUST THAT YOU [STUTTERS] REMEMBER YOU TOLD ME; LET'S TELL HIM, AND I SAID, WELL WE SHOULD AT LEAST WAIT FOR THESE. BECAUSE, HONESTLY I WAS VERY BROKE. AND I SAID, WELL AT LEAST SIX (6) TO NOTHING WELL... AT LEAST THAT ONE. YOU UNDERSTAND ME? BUT, IT DOESN'T COME OUT, I MEAN, THE SAME WAY THEY'RE BEING AS WELL. WELL, ONE ALSO HAS TO BE HARD TOO.  YOU UNDERSTAND? IF ONE ISN'T GETTING ANYTHING LEFT OVER. BECAUSE I THINK, I WAS THINKING WHAT YOU TOLD ME, MAN. MAYBE BETICO, SOLD THOSE AS IF THEY WERE GERMAN'S, MAN. AND WELL, HE MUST'VE SOLD THEM FOR ABOUT THREE THOUSAND FIVE HUNDRED (3500).

JAVIER:     AH WHO KNOWS, HOW HE FUCKING SOLD THEM BUT... YES HE MUST'VE GOTTEN SOME GOOD CASH.

UM:         WELL YES, IF HE TOLD THEM THEY WERE GERMAN'S YES, BECAUSE THEY'RE VERY EXPENSIVE, GERMANS. YOU UNDERSTAND? THAT'S WHY HE WAS VERY WORRIED. YOU UNDERSTAND? BUT, I MEAN.. THAT'S WHERE IT'S GOING TO BE FUCKED UP. BECAUSE HOW, HOW [STUTTERS] THAT'S WHAT I WAS TELLING YOU;  TO COLLECT THE CASH. YOU UNDERSTAND? WE ALREADY FOUND ANOTHER PLACE, EITHER WAY, NOW THAT WE WERE LOOKING AT THAT [STUTTERS] THAT [STUTTERS] ... THE R'S WE FOUND [STATIC] ANOTHER PLACE BECAUSE WERE LOOKING TO SEE WHO WOULD CHANGE THEM. AND THIS OTHER PLACE, AH ONE THOUSAND FIVE HUNDRED (1500) ONE THOUSAND FIVE HUNDRED (1500) AH... FIFTY (50). OKAY, WITH OUT ANYTHING, I MEAN WITH OUT [STUTTERS] ONE THOUSAND FIVE HUNDRED FIFTEEN (1515) WITH OUT TAXES OR ANYTHING BUT... AT LEAST IT WOULD BE ALMOST FOUR HUNDRED (400) DOLLARS LESS FOR EACH ONE. OKAY, THREE HUNDRED EIGHTY (380) SOMETHING LESS.

JAVIER:     NO, WELL IT'S BETTER THERE.

UM:         WELL, THAT'S WHAT I'M TELLING YOU IF [STUTTERS] IF WE CAN WE COULD [U/I][U/I] WE WOULDN'T LOSE SO MUCH.

JAVIER:     OKAY, NO WELL I WAS ONLY TELLING YOU ONLY TO KNOW WHAT IS ONE AIMING FOR, WELL YES AH FOR A HUNDRED (100) PESOS NO. LIKE YOU SAY, JUST BECAUSE [U/I] BECAUSE WE NEEDED CASH BUT NO. NO. NO. IT'S NOT WORTH IT.

UM:         NO, [BRIEF INTERRUPTION] AND EITHER WAY, I STILL [STUTTERS] I MEAN, NOW WHEN YOU PICK IT UP IS WHEN I'M GOING TO SEE ALL THAT SHIT VERY GOOD EITHER WAY, YOU UNDERSTAND? LIKE RIGHT NOW I'M ONLY [U/I] ACCOUNTS [U/I][U/I] THEN IT'S ABOUT LOOKING JUST LIKE THAT AND THEN IN A PAPER JUST LIKE THAT. BUT WHEN, IT'S ALL THERE I'M AM GOING TO FIND OUT HOW THE PRICES ARE AND EVERYTHING VERY GOOD. YOU UNDERSTAND? AND AH... BUT, EITHER WAY, AH WELL WE HAD ALREADY SAID HOW MUCH, AND YOU REMEMBER I TOLD YOU THAT IT WASN'T GOING TO COME OUT THAT WE SAID, THAT [STUTTERS] I TOLD YOU, WELL IT'S BECAUSE, [U/I][U/I] ONE HUNDRED (100) PESOS FOR EACH ONE BUT, NOTHING FROM THAT. YOU UNDERSTAND? BUT... LIKE WE GOT STUPID BECAUSE OF THE ONE THAT ESCAPED FROM US. IT WAS THE GUY THAT SOLD US THOSE. I MEAN, THE ONE THAT SOLD US THE [STUTTERS] THE THREE (3), ZERO (0), EIGHT (8).  YOU UNDERSTAND?

|  | BUT, WHAT I'M TELLING YOU IS THAT WE FOUND THE OTHER GUY. THE OTHER GUY THAT WE FOUND THE ONE GIVES THEM TO US CHEAPER. YOU UNDERSTAND? |
|---|---|
| JAVIER: | AND IS IT THE SAME PLACE? |
| UM: | [BRIEF INTERRUPTION] NO. NO. THAT IS IN THE INTERNET, THAT IS ANOTHER GUY IN THE INTERNET, THAT GIVES THEM TO US CHEAPER. |
| JAVIER: | COOL. OH OKAY. NO THAT'S FINE. [BRIEF INTERRUPTION] [STATIC] EITHER WAY [U/I][U/I] [BRIEF INTERRUPTION] |
| UM: | [STATIC] I WAS TELLING YOU TO ASK HIM IF [STUTTERS] WE WERE GOING TO BUY SOMETHING ELSE OR WHAT ARE WE GOING TO DO SO THAT IF THEY'RE GOING TO NEED FIFTEEN (15) RIGHT NOW; WELL RIGHT NOW WE CAN TAKE ADVANTAGE BECAUSE, THOSE ARE RIGHT THERE. |
| JAVIER: | BUT, THE GUY IS GOING TO RECEIVE THE OTHER ONES. |
| UM: | HOW? |
| JAVIER: | I MEAN... THE [STUTTERS] THE SAME GUY; WHO IS THE ONE THAT HAS THE FIFTEENS (15'S)? |
| UM: | OH THOSE FIFTEENS (15) THAT WE BOUGHT, WE ALREADY BOUGHT THEM. THOSE [STUTTERS] [BRIEF INTERRUPTION] THESE ARE THOSE SAME ONES THAT HE WAS GOING TO... HE SAID HE WOULD CHANGE FOR US. YOU REMEMBER? THE THREE (3), EIGHT'S (8)'S FOR THE FIFTEEN (15). YOU UNDERSTAND? BUT... [U/I][U/I] WE GOT IN... TO THE AMERICAN, THAT ONE [STUTTERS] THAT KIND, ANOTHER GUY WAS THERE THAT HAS THEM CHEAPER; THE FIFTEEN'S (15)'S. |
| JAVIER: | YES, BUT LIKE THIS.. THE PROBLEM IS AH... HOW ARE THEY NOT GOING TO WANT TO GIVE US THE CASH. |
| UM: | OH NO, WHAT I'M TELLING YOU IS THAT IF THESE GUYS WANT MORE FIFTEEN (15)'S ... THEY'RE CHEAPER THAN THIS, WE WILL BE ABLE TO GET ALMOST ... LIKE THREE HUNDRED (300) FOR EACH ONE I THINK. YOU UNDERSTAND ME? |
| JAVIER: | BUT EVEN BETTER, [STUTTERS] RIGHT NOW, RIGHT NOW I WILL... RIGHT NOW I WILL CALL HIM AND TELL HIM THAT... OH BUT, YOU HAVEN'T PICK THEM UP YET, RIGHT? |

UM:         NO. I TOLD HIM THAT I WOULD CALL WHEN I PICKED THEM UP.  IT'S
            BECAUSE, [U/I][U/I] THAT'S WHY I FOUND OUT, THAT'S WHY I FOUND
            THAT AH THIS GUY ONLY WANTED TO GIVE ME SEVEN HUNDRED
            (700) BECAUSE I HAD TO GO THERE TO CHEAPER THAN DIRT TO TELL
            HIM THAT THEY WERE GOING TO ARRIVE THERE.

JAVIER:     COOL. COOL. NOW I UNDERSTAND YOU. OKAY, NO THEN WHEN
            [U/I][BRIEF INTERRUPTION] ?

UM:         WELL, SUPPOSEDLY THEY WERE GOING TO ARRIVE TODAY. YOU
            UNDERSTAND? BUT [U/I][U/I] SAID CALL ME IN FORTY (40) MINUTES.
            AND I SAID, YOU KNOW  WHAT IT'S BETTER I'LL WAIT OVER THERE
            TILL THE AFTERNOON AND I WILL CALL YOU. SO THAT I CAN LEAVE
            TIME FOR THEM TO BE THERE. YOU UNDERSTAND?

JAVIER:     OH... [STATIC] WELL EITHER WAY, CALL ME LATER ON THEN.

UM:         I WILL CALL YOU, EITHER WAY.


                        [END OF CALL]

CASE NUMBER              M1-08-0136

TARGET                   (817) 819-3392

SESSION NUMBER           40

DATE                     THURSDAY, SEPTEMBER 10, 2009

TIME                     15:23:52 CDT

DURATION                 00:02:13

DIRECTION                INCOMING

IN/OUT NUMBER            316010158066688

SUBSCRIBER               UNKNOWN

LANGUAGE                 SPANISH

PARTICIPANTS             JAVIER ROSALES

                         UNKNOWN, MALE

MONITOR                  EL MARTINEZ

TRANSCRIBER              E MARTINEZ

REVIEWER

| | |
|---|---|
| JAVIER: | WHAT'S HAPPENING, MAN? |
| UM: | NOTHING WHERE ARE YOU? |
| JAVIER: | OVER HERE IN WEATHERFORD, WORKING. |
| UM: | OH, NO WELL THAT IS GOING TO BE DONE TILL TOMORROW, MAN. THE TRUCK DIDN'T ARRIVE. |
| JAVIER: | OKAY DID THE GUY CALL YOU? |
| UM: | NO, WE CALLED HIM. NO WE CALLED HERE TO CHEAPER THAN DIRT AND THE GUY SAID THE UPS DIDN'T ARRIVE THAT TOMORROW OR IT'S SAY, OR MAYBE THIS EVENING. [U/I] AT ONCE... |
| JAVIER: | OKAY THAT IS FINE, NO, NO IT DOESN'T MATTER. HE DIDN'T SAY HOW IT WAS GOING TO BE OR ANYTHING? |
| UM: | NO, HE DIDN'T TELL ME. WELL, I JUST CALLED HIM OR IT'S TO SAY I NEED TO LOOK AT THE RECEIPT AND EVERYTHING, BUT IT'S LIKE I TELL YOU I KNOW THAT I WAS FIFTEEN (15) ALMOST... |
| JAVIER: | OKAY, LISTEN HAS [U/I] CALLED YOU? |
| UM: | [U/I]. |
| JAVIER: | GUSTAVO HASN'T CALLED YOU? |
| UM: | NO... HUH...WELL HE DOESN'T KNOW MY NUMBER. I WAS THINKING OF CALLING [U/I] MY NUMBER HE DOESN'T KNOW. |
| JAVIER: | OKAY THEN IT'S THAT...RIGHT NOW LATER ON I WILL CALL THE GUY. |
| UM: | ALRIGHT, TO SEE WHAT HAPPENED. DID BETICO CALL YOU ANYMORE? |
| JAVIER: | NO, NO ONLY IN THIS MORNING TO TELL ME THAT IF WE CAN GET THE MONEY. |
| UM: | GOOD, ONLY TOMORROW WHEN WE GET IT ALL AND WE'LL ASK HIM OR IT'S TO SAY, TO SEE HOW MUCH MONEY WE ARE TALKING ABOUT, BUT NO IT'S BEST TO TELL HIM LIKE THAT |

|  | MAN AND... OR IT'S TO SAY IF THE MONEY IS TO BUY OTHER THINGS WELL HE CAN TELL US AT ONCE AND WE CAN DO SOMETHING WITH IT AND GET THE THINGS HE WANTS RIGHT? |
|---|---|
| JAVIER: | WELL YES, TO SEE IF HIS COMPADRE WANTS THEM... TELL HIM, "YOU KNOW WHAT SEE IF YOUR COMPADRE WANTS TO BUY THEM AND THAT WAY WE CAN STORE THE MONEY. |
| UM: | YES, THAT TOO EITHER WAY TOMORROW WHEN WE HAVE THAT AND WE CAN CALL HIM. |
| JAVIER: | ALRIGHT, THEN MAN EITHER WAY WE WILL BE TALKING. |

[END OF CALL]

CASE NUMBER              M1-08-0136

TARGET                  (817) 819-3392

SESSION NUMBER          56

DATE                    FRIDAY, SEPTEMBER 11, 2009

TIME                    11:26:00 CDT

DURATION                00:01:14

DIRECTION               INCOMING

IN/OUT NUMBER           316010158066688

SUBSCRIBER              UNKNOWN

LANGUAGE                SPANISH

PARTICIPANTS            JAVIER ROSALES

                        UNKNOWN, MALE

MONITOR                 E CARREON

TRANSCRIBER             E MARTINEZ

REVIEWER

JAVIER:        YOU CALLED ME.  WHAT MAN?

UM:            HUH...IT'S WAS CUT OFF MAN.  IT'S THAT I AM HERE AT
               LOWE'S.  WHAT HAPPENED?

JAVIER:        DID YOU CALL HIM ANYWAY?

UM:            YES, YES, YES I CALLED HIM AND I TOLD HIM.  I OPENED ONE
               (1) AND I TOLD HIM IT CAME WITH TWO (2) HUH...TWO (2)
               HUH..PILL DISPENSERS OF TWENTY (20) EACH.

JAVIER:        ALRIGHT AND YOU ORDERED THE SHORT ONES RIGHT?

UM:            YES.  THOSE SHORT ONES.

JAVIER:        THE SMALL HORSE.  HORSE.

UM:            YES, YES JUST LIKE YOU ORDERED THE SHORT LITTLE HORSE,
               BUT THE ONLY THING WITH THE PILL DISPENSER IS TWO (2)
               SMALL ONES OF TWENTY (20).

JAVIER:        ALRIGHT.  WHAT DID HE SAY?  EVERYTHING GOOD?

UM:            WELL HE SAID EVERYTHING WAS GOOD AND SAID HE WAS
               GOING TO CALL ME WHEN I TOLD HIM THERE WERE TWO (2)
               OF TWENTY (20).  HE SAID THAT WAS FINE AND WAS GOING
               TO CALL ME RIGHT BACK.

JAVIER:        ALRIGHT, BECAUSE HE ASKED ME IF I HAD GOTTEN A
               MESSAGE I DON'T KNOW HE SAID HE WAS GOING TO CALL ME
               LATER.

UM:            OH, NO, NO, NO, NO HE DIDN'T SAY ANYTHING TO ME.  WELL
               NO SEE WHAT HE TELLS YOU, MAN.

JAVIER:        ALRIGHT, THEN WE'LL BE HERE MAN.

UM:            ALRIGHT, THEN.

                              [END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 79 |
| DATE | Friday, September 11, 2009 |
| TIME | 18:53:54 CDT |
| DURATION | 00:04:34 |
| DIRECTION | Incoming |
| IN/OUT NUMBER | 62*359528*1 |
| SUBSCRIBER | UNKNOWN |
| | |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES<br>BETICO LNU |
| | |
| MONITOR | NCarrasco |
| TRANSCRIBER | NORMA CARRASCO |
| REVIEWER | |

BETICO:     YOU DID COPY?

JAVIER:     IT CUT OUT TOO MUCH, COUSIN.

BETICO:     OH I WAS TELLING YOU THAT; IS WHAT WILL HAPPEN TO US FOR
            NOT TAKING PRECAUTIONS. WE HAVE TO TAKE PRECAUTIONS. AH...
            [STUTTERS] AND I WANT YOU TO LOOK AT THE THINGS THAT ARE
            THERE. OH THE TWENTY (20) [U/I][U/I] PILL, IT'S GOING TO TWENTY
            (20) THEY'RE ALREADY ON ORDER. THE [STUTTERS] TWENTY (20)
            [U/I] PILLS [STATIC]

JAVIER:     THOSE NEW RIMS?

BETICO:     YES. THAT MAN ALREADY HAS THEM. THEY ARE THERE NOW.

JAVIER:     YES. YES, OKAY; IT'S GOING TO BE TWENTY (20) AND EXTRA OKAY.

BETICO:     CORRECT. AND AH... WE NEED TO LOOK FOR THE ONE THAT
            BELONGS TO LANO. SO THAT... SO THAT WE CAN HAND THEM OVER
            THERE. [STATIC] AH.... LET'S SEE [STUTTERS] SO THAT YOU CAN
            GIVE ME OPTIONS ABOUT TWO (2) THREE (3).

JAVIER:     OKAY. EITHER WAY, [U/I][U/I] TO BE LOOKING FOR THEM AND TO
            SEE WHICH [STUTTERS] WE TELL HIM THE... THE LAST ONE AND
            WHICH ONE LOOKS BEST.

BETICO:     THERE YOU GO, AH [STUTTERS] PREFERABLY FOR IT TO BE WHITE,
            FOR IT TO BE WHITE AND ... AND THE THREE (3) EIGHT (8) KIND.

JAVIER:     OKAY. EITHER WAY, HE'S GOING TO CALL ME RIGHT NOW
            [STUTTERS] SO I CAN TELL HIM TO... TO TAKE A FEW DAYS, NOT TO
            CALL OVER THERE WHEN WE WANT TO KNOW SOMETHING CALL ME
            HERE AND I WILL GO TO HIS HOUSE.

BETICO:     THERE YOU GO. THERE YOU GO. [STUTTERS] [STATIC] BECAUSE, WE
            HAVE TO ... TAKE PRECAUTIONS, COUSIN.

JAVIER:     NO, YES. YES. THAT YES.

BETICO:     I'M GOING TO TELL YOU ONE THING... I [U/I][U/I] EXPECTED IT TO BE
            LITTLE BIT MORE DIFFICULT. BUT HONESTLY, WHAT MY BUDDY,
            GUSTAVO TOLD ME IT'S VERY SIMPLE. IT'S VERY SIMPLE AND MY
            BUDDY [U/I][U/I] IT'S WITH OUT A DOUBT. WELL, I MEAN IT DIDN'T
            GET DIFFICULT BUT, EITHER WAY IT'S BECAUSE OF THE

PRECAUTIONS [STATIC] [STUTTERS] [U/I][U/I] NO, HE'S NOT BURNED.

JAVIER: YES. THE GOOD [STUTTERS] THE GOOD THING ABOUT ALL THIS... IF THOSE THINGS; HERE ONCE AND FOR ALL [U/I] [U/I] RETURN.

BETICO: THERE YOU GO, THAT'S THE GOOD THING. THEN, WHEN THIS MAN DOES THAT HE, HIMSELF WILL GO... TELL THE OLD LADY; LOOK THE ONES I HAD HERE ARE THE RECEIPTS WHERE THEY ALREADY GAVE ME [STUTTERS] I SOLD THEM ALREADY.

JAVIER: YEAH. EXACTLY THAT'S WHY I TOLD [U/I] AT THE END MAYBE IT'S GOING TO BE OKAY BECAUSE YES, SHE'S GOING TO SEE THAT WE'RE GOING TO UNDO THEM AND THAT'S IT, THERE'S NOT GOING TO BE A PROBLEM. THEY'RE GOING TO GET RID OF THE MUD OFF THE TOP.

BETICO: EXACTLY, BUT UNTIL [U/I][U/I] THAT, ONE HAS TO TAKE PRECAUTIONS.

JAVIER: NO, THAT YES. YES, I WILL TELL HIM EITHER WAY WE'LL BE IN TOUCH AND WAIT FOR ME TILL... [STUTTERS] ERASE THAT NUMBER IF YOU WANT AND I SENT THE OTHER NEW TELEPHONE IN A MESSAGE AND THERE YOU CAN SAVE IT FOR WHEN YOU WANT TO CHANGE NUMBER.

[PAUSE]

BETICO: NO, YES BECAUSE YES, IT IS URGENT FOR ME TO CHANGE.

JAVIER: AND LIKE THAT I WILL TELL THAT MAN TO NOT RIGHT NOW [STUTTERS] SO THAT ALSO WHEN YOU CHANGE IT HE WON'T CALL OVER THERE.

BETICO: EXACTLY, TILL I HAVE THE OTHER ONE. BECAUSE IF... [STUTTERS] WHAT DO WE WIN BY CHANGING ONE, IT DOESN'T DO US ANY GOOD. AH... AH... [U/I][U/I][U/I] SEND TO GET IT [U/I][U/I]. [STATIC] CHECK THE... TWENTY (20) FOR THE... TWENTY (20) FOR THE [U/I] SO WE CAN GO FORWARD FOR THAT... THAT IS THERE.

JAVIER: OKAY, THEN RIGHT NOW [STUTTERS] I'LL GO BY JUST SO THAT [U/I] EITHER WAY, THOSE GUYS ARE [U/I] THEY DON'T MAKE TOO MANY PROBLEMS.

BETICO: EXACTLY. EXACTLY. TO PRESENT OVER HERE [U/I] YOUR WORK. SO THAT... SEE THAT WE ARE ADVANCING. AND I WANT YOU,

PERSONALLY, COUSIN, GIVE HIM THE CHARACTERISTICS SO THAT THERE WON'T BE ANOTHER CONFUSION. BECAUSE, YES, YES THE THING IS GOING TO GET UGLY AND [U/I][U/I] AN ERROR THAT ... WE MADE. [STUTTERS] [U/I][U/I] YOU GIVE HIM THAT MESSAGE TELL HIM IT'S THIS AND THIS AND THIS AND THIS OTHER.


[END OF CALL]

CASE NUMBER            M1-08-0136

TARGET                (817) 819-3392

SESSION NUMBER        100

DATE                  SATURDAY, SEPTEMBER 12, 2009

TIME                  10:32:27 CDT

DURATION              00:02:16

DIRECTION             INCOMING

IN/OUT NUMBER         62*359528*1

SUBSCRIBER            UNKNOWN

LANGUAGE              SPANISH

PARTICIPANTS          JAVIER ROSALES

                      ALBERTO PULIDO-LICEA

                      A.K.A. BETICO

MONITOR               C J PAEZ

TRANSCRIBER           E MARTINEZ

REVIEWER

ALBERTO:    THEY WERE ABOUT EIGHT HUNDRED (800) RIGHT?

JAVIER:    YEA, YEA PUTTING THEM AT FORTY (40) PESOS YES THEY ARE ABOUT EIGHT HUNDRED (800).

ALBERTO:    CHECK THAT THERE AND GET IT.  LOOK FOR THE "HAND" COUSIN.  TELL THAT MAN TO SEE IF HE'S GOT SOME GOOD...FROM THIS MONDAY TO TUESDAY I'LL BRING THE OTHER NUMBER COUSIN.

JAVIER:    ALRIGHT, THEN COUSIN WE'LL BE THERE THEN.  RIGHT NOW I'LL BE IN CHARGE OF LOOKING FOR THE "HAND".

ALBERTO:    YOU JUST [BREAKS UP] AND TELL HIM HOW IT IS AND JUST [U/I] [U/I] AND AFTER HE TELLS ME AND WHEN EVERYTHING IS APPROVED IT'S THAT...I'LL JUST GO TO THE MAN AND I'LL LOOK FOR IT AND GET IT OUT THERE.

JAVIER:    ALRIGHT, THEN COUSIN WE ARE THERE.

ALBERTO:    AND YOU [STUTTERS] DID GET THE NUMBER CHANGED?

JAVIER:    YES, YES I TOLD HIM.

ALBERTO:    YES, BUT HAVE HIM NOT DO WHAT YOU DID.  HAVE HIM CHANGE THE CHIP TO ANOTHER ONE... OR GIVE IT TO SOMEONE AND WHO DOESN'T HAVE ANYTHING TO DO WITH HIM AND HAVE HIM GET A CHIP OUT FOR HIM.  YOU UNDERSTAND SO TO AVOID ANY TROUBLE DIRECTLY WITH HIM.

JAVIER:    NO, I TOLD HIM TO TURN IT OFF FOR A WHILE. I TOLD HIM, "TURN IT OFF FOR A WHILE." EITHER WAY  YOU CAN CALL ME AND I'LL TELL HIM.

ALBERTO:    CORRECT, CORRECT.  WHY?  BECAUSE THAT IS HOW IT SHOULD BE ALMOST.  YOU HAVE TO TAKE CARE YOURSELF BECAUSE IN REALITY IF THINGS ARE TOO EASILY BECAUSE ONE NEVER KNOWS.

JAVIER:    YES, THAT IS RIGHT.  THAT IS RIGHT, TRUE.

ALBERTO:    IT'S DONE, COUSIN.  IT'S DONE, COUSIN.  SO THEY ARE

TWENTY (20). THERE ARE TWENTY (20) THAT SAYS MUSTANG AND THAT HAS A LITTLE HORSE THERE.

[CLEARS THROAT]

AND LOOK FOR A "HAND" AND THAT IT SAYS [U/I] IT HAS A PRICE AND ANOTHER ONE... THIS GUY WANTS IT AND YOU JUST GIVE IT TO THAT MAN AND HE CAN PICK IT UP AND THE [U/I] AND THE [U/I].

JAVIER:          ALRIGHT, COUSIN WE ARE THERE.

[END OF CALL]

CASE NUMBER            M1-08-0136

TARGET                 (817) 819-3392

SESSION NUMBER         108

DATE                   SATURDAY, SEPTEMBER 12, 2009

TIME                   14:36:50 CDT

DURATION               00:01:54

DIRECTION              INCOMING

IN/OUT NUMBER          316010158063633

SUBSCRIBER             UNKNOWN

LANGUAGE               SPANISH

PARTICIPANTS           JAVIER ROSALES

                       DANIEL, L NU

MONITOR                C J PAEZ

TRANSCRIBER            E MARTINEZ

REVIEWER

JAVIER:          WHAT ARE YOU DOING?

DANIEL:          LISTEN, MAN THESE MOTHER'S ARE BIT EXPENSIVE MAN.

JAVIER:          HOW ARE THEY?

DANIEL:          WELL RIGHT NOW THE ONES I FOUND ARE ABOUT TWENTY-FIVE NINETY-NINE (25.99).  RIGHT NOW I AM CALLING OTHER PLACES. GOD DAMN TO ME IT'S EXPENSIVE FOR A TWENTY-TWO (22).

JAVIER:          WELL MOTHER FUCKER IT MIGHT BE BECAUSE THE GUY ASKED ME IF I HAD GONE TO CHEAPER THAN DIRT, BUT THEY CLOSE ON SUNDAY'S MAN?

DANIEL:          AH, THOSE GUYS I THINK THEY ARE OPENED DAILY.

JAVIER:          OKAY I JUST WANTED TO KNOW IF NOT...SO WE CAN GO AND LOOK FOR THEM THERE IF NOT THEN TO FUCKING CABELLO'S BECAUSE THAT GUY TOLD ME THEY WERE FOR SEVEN (7) DOLLARS.

DANIEL:          SEVEN (7) DOLLARS BECAUSE THERE IS A COMPANY CALLED MIDWAY U.S.A. AND THEY... WERE THE ONES WHO SOLD US THE BIG ONE AND REAL CHEAP, BUT THESE MOTHER'S ARE TWENTY-FIVE NINETY-NINE (25.99) FOR EACH ONE AND IT'S FOR THAT ONE FOR THE SEVEN NINETY FIVE (795) S.F.

JAVIER:          YEAH MAYBE THAT IS HOW MUCH IT IS.  I WENT TO TWO (2) PLACES HERE AND THEY DON'T HAVE THEM.

DANIEL:          YES, THE WHOLE PISTOL IS NOT VERY EXPENSIVE, BUT THE FUCKING RIFLE... HUH THE MAGAZINE BY ITSELF IS.

JAVIER:          ANYWAY I AM GOING TO CHECK AT CHEAPER THAN DIRT AND THEN FROM THERE...I'LL ORDER THEM ON THE COMPUTER.

DANIEL:          OKAY MAN JUST LET ME KNOW.

JAVIER:          ALRIGHT, THEN I'LL GIVE YOU A CALL.

DANIEL:          ALRIGHT.

[END OF CALL]

CASE NUMBER           M1-08-0136

TARGET                  (817) 819-3392

SESSION NUMBER       122

DATE                    SATURDAY, SEPTEMBER 12, 2009

TIME                    20:39:22 CDT

DURATION             00:02:25

DIRECTION            INCOMING

IN/OUT NUMBER        143*98768*3

SUBSCRIBER          SMC  INTERNATIONAL CORP

LANGUAGE            SPANISH

PARTICIPANTS         LUIS, LNU

                              UNKNOWN, MALE

MONITOR               N CARRASCO

TRANSCRIBER         E MARTINEZ

REVIEWER

[CONTINUATION]

LUIS:            LET'S SEE REPEAT IT, IT BROKE UP.

UM:              AH, NO WE ARE HERE DRINKING SOME BEERS HERE COUSIN.
                 WE [U/I], BUT WE ARE HERE LOOK WE ARE DRINKING SOME
                 [U/I]. HOW HAVE YOU BEEN? WHAT HAVE YOU BEEN DOING?

LUIS:            NO, COUSIN JUST HERE. WE ARE HERE RELAXED. TODAY WE
                 DIDN'T WORK OR ANYTHING. WE WERE JUST AT THE CORNER
                 TODAY THE GUYS FROM THE RANCH WERE PLAYING WITH
                 SOME FROM [U/I] [U/I] AND WE WENT OVER THERE TO THE
                 FARM, BUT NO WE ARE JUST HERE PASSING THE TIME COUSIN.
                 HOW IS THE COMPADRE? IS HE THINNER?

UM:              NO, MAN HE'S THE SAME. HE SAYS THAT HIS SIX PACK CAN BE
                 SEEN, BUT NO MAN. HE'S THE SAME, THICK.

LUIS:            [LAUGHS] HE'S GOING TO DO A SIX (6) PACK, BUT OF TWENTY-
                 FOUR (24) OUNCES. [LAUGHS] HE CARRIES SIXTEEN'S (16'S).

UM:              OH, YES OF ACAGUAM'S HERE IT'S REAL NICE. NO WELL
                 WE'LL SEE WHEN WE GET TO SEE YOU COUSIN THERE. WE'LL
                 SEE WHAT HAPPENS THERE LATER WITH THAT IF NOT WELL
                 YOU'LL COME BACK LATER, BUT EITHER WAY WE'LL SEE
                 EACH OTHER HERE.

LUIS:            NO, WELL DON'T EVEN THINK IT [U/I] [BREAKS UP] LET IT...LET
                 THEM BE ANGRY AND...AND WE HAVE TO MAKE THEM FLY.

UM:              YES, COUSIN WE'LL WAIT TO SEE WHAT... WHAT... IF THERE IS
                 GOING TO BE A SOLUTION OR SOMETHING IF NOT THEN COME
                 OVER HERE. I WAS GOING TO CALL, BUT THEY CLOSED THE
                 [U/I] AND LOOK FOR SOMEONE. LOOK FOR A COYOTE WHO IS
                 SECURE THAT HE IS GOOD SO HE CAN CROSS EVERYTHING OR
                 IT'S TO SAY OVER THERE AT THE RANCH THERE IS A WAY TO
                 CROSS.

LUIS:            NO WELL [U/I] WE TALKED ABOUT THAT THERE WITH
                 ADRIANA ALL DAY SUNDAY AND...IF NOTHING HAPPENS IN A
                 FEW MONTHS EITHER WAY I'LL WAIT A LITTLE BIT, BUT IF
                 NOT...I AM GOING TO RETURN OVER THERE QUICKLY.

[END OF CALL]

CASE NUMBER                    M1-08-0136

TARGET                        (817) 819-3392

SESSION NUMBER                190

DATE                          TUESDAY, SEPTEMBER 15, 2009

TIME                          10:23:35 CDT

DURATION                      00:05:55

DIRECTION                     INCOMING

IN/OUT NUMBER                 62*339307*3

SUBSCRIBER                    UNKNOWN

LANGUAGE                      SPANISH

PARTICIPANTS                  JAVIER ROSALES

                             ALBERTO PULIDO-LICEA

                             A.K.A. BETICO

MONITOR                       EL MARTINEZ

TRANSCRIBER                   E MARTINEZ

REVIEWER

ALBERTO:          AH...COUSIN [U/I] NECESSARY.  IT'S THAT ONE (1)... ONE (1)
                  LIKE THE ONE THAT GOT LOST.  WHAT NUMBER WOULD
                  THOSE HAVE?

JAVIER:           LOOK, THAT ONE... THAT ONE... THAT BUDDY TOLD ME THAT
                  THE PRICE TO GET IT OUT OF THERE IS TWENTY-SIX (26)
                  COUSIN.

ALBERTO:          IT BROKE UP COUSIN.

JAVIER:           I SAID THE HUH... PRICE FOR THAT TO GET OUT OF THE STORE
                  WAS TWENTY-SIX (26).

ALBERTO:          FUCK WE WAITING TOO LONG SINCE DECEMBER TILL NOW.

JAVIER:           IT WENT UP... HUH...MORE THAN FOUR (400) BALLS, COUSIN.

ALBERTO:          OKAY...OKAY SPEAKING OF NUMBERS IT'S THAT...ARE THE
                  SIX (6) READY?  DID YOU SEE THEM COUSIN OR NOT?

JAVIER:           NO, THE ONES THEY HAVE IN STORE, BUT THE DAY I TALKED
                  WITH HIM ON SATURDAY I TOLD HIM IF THERE WERE THE
                  MANUEL ONES... THE ONES WE HAD AGREED ON AND YES
                  THEY WERE THE SEVEN (7) MUSTANG.

ALBERTO:          OKAY, BUT THEY ARE THE SHORT ONES THOSE THAT YOU
                  PUT IN THE FOOT?  IS THAT CORRECT AND ARE THEY
                  MUSTANG THE LITTLE HORSE, CORRECT?

JAVIER:           YES THAT IS WHAT HE TOLD ME.  I HAVEN'T SEEN THEM AND I
                  NEED TO GIVE IT ANOTHER CHECK.  I SAID REMEMBER THEY
                  ARE THE ONES THAT YOU PUT IN YOUR FOOT AND... AND THE
                  LITTLE HORSE AND HE SAID, "YES."

ALBERTO:          CORRECT THEY ARE FIFTEEN (15) SO PAID TWENTY-TWO (22)
                  FOR THEM IS THAT CORRECT?

JAVIER:           CORRECT I PUT THEM AT TWENTY-TWO (22).

ALBERTO:          OKAY...HUH...YOU ALL BOUGHT THE PILL DISPENSER OR NOT?

JAVIER:           ON SATURDAY THEY WERE IN CHARGE OF THOSE.  SATURDAY
                  IN THE MORNING I'LL CHECK WITH HIM TO SEE WHEN THEY
                  ARE GOING TO ARRIVE.

ALBERTO:    OKAY, BUY ME THE ONES THAT...HOLD ON I NEED TO CONFIRM TODAY IN THE EVENING. IT'S THAT IF...HUH...WHAT IS LEFTOVER THERE FROM THE ESTIMATE, COUSIN?

JAVIER:    LOOK, HUH...THE THINGS IS THAT...I HAVE GOTTEN... I HAVE EVERYTHING WRITTEN DOWN THAT I HAVE PAID, BUT I DON'T KNOW FOR THE ONES THAT WENT TO THE BANK. THOSE WE DIDN'T HAVE TO GET ANYTHING, RIGHT?

ALBERTO:    HUH... NO. NO, HAVE YOU GIVEN PELON HIS?

JAVIER:    YEAH, YESTERDAY HE CALLED ME AND I GAVE IT TO HIM IN THE EVENING.

ALBERTO:    FUCKERS TO GO FOR THEIRS THEY ARE BAD.

JAVIER:    YES, I WENT AND LOOKED FOR HIM ONCE AND I TOLD HIM... I TOLD HIM... I LEFT A MESSAGE FOR HIM. I SAID, "HEY TELL HIM THAT I AM LOOKING FOR HIM." AND IT WAS TILL YESTERDAY THAT HE CALLED ME.

ALBERTO:    OKAY, WITH THE MUSTANG AND THE ACCESSORIES IT'S FOURTEEN (14), CORRECT?

JAVIER:    CORRECT, COUSIN YES THEY ARE FOURTEEN (14).

ALBERTO:    PLUS TWO (2) THAT YOU GAVE ME OF THE TWENTY (20) THAT ARE THERE.

JAVIER:    WELL... REMEMBER THAT WE TOOK FIFTEEN (15) PESOS FOR [STUTTERS] THE LAWYER AND THE... AND THE THOUSAND (1000) THAT I GAVE MARCOS AND FIVE HUNDRED (500) THAT I PUT FOR RIGO; AND FIVE HUNDRED (500) TO YOU.

ALBERTO:    OKAY... HUM... THEN THE BANK YOU HAVEN'T TOUCHED? AH, JUST RECOVER THAT OF THE LAWYER. THE... YES... RIGHT RECOVER THAT OF THE LAWYER, SO YES THEN GET THAT FROM OVER THERE.  SO, THEN THERE WILL BE FOUR (4) LEFTOVER, RIGHT?

JAVIER:    OKAY, THEY ARE... HUH...FOURTEEN (14), FIFTEEN (15), SIXTEEN (16)...AND THEY GAVE ME TWENTY (20) RIGHT... THERE SHOULD BE FOUR (4).

ALBERTO:    OKAY, LET ME ASK FOR [U/I] AND FOR [U/I] HAND AND IN HOW

|   |   |
|---|---|
|  | MANY DAYS WILL THEY GIVE IT TO ME?  CAN YOU CHECK ON THAT NOW, COUSIN?  AND HOW LONG WILL IT TAKE? |
| JAVIER: | OKAY, IT'S THAT... LET ME [STUTTERS] CALL SO I CAN TELL YOU EXACTLY HOW MUCH IT IS EXACTLY BECAUSE THEY CHARGE FORTY (40), SIXTY (60) BALLS FOR SHIPPING.  LET ME SEE HOW MUCH IT WILL BE IN TOTAL, COUSIN. |
| ALBERTO: | RIGHT AND ASK FOR THE TOTAL AND HOW... HOW.. HOW LONG IT WILL TAKE AND HUH... WHEN YOU HAVE THAT DATA SO THAT I CAN ASK FOR AUTHORIZATION.  HUH... TO TELL HIM WHAT NUMBER IS DEFINITE TO DELIVER THAT. |
| JAVIER: | OKAY, NOW OTHER THINGS THAT I WANTED TO SPEAK TO YOU COUSIN.  THE GUY FROM THE STORE WHO IS GOING TO GET THE THINGS BACK... I DON'T KNOW IF WE TOLD YOU THAT HE CHARGES A CERTAIN PERCENTAGE FOR RESTOCK THAT THEY CALL IT.  SO THEN, THAT GUY WANTS TO GIVE SEVEN (7) OF THE RIMS OF THE FIFTEEN'S (15'S) AT EIGHT (8). |

[END OF CALL]

CASE NUMBER                M1-08-0136

TARGET                     (817) 819-3392

SESSION NUMBER             198

DATE                       TUESDAY, SEPTEMBER 15, 2009

TIME                       10:53:46 CDT

DURATION                   00:02:29

DIRECTION                  INCOMING

IN/OUT NUMBER              62*339307*3

SUBSCRIBER                 UNKNOWN

LANGUAGE                   SPANISH

PARTICIPANTS               JAVIER ROSALES

                           ALBERTO PULIDO A.K.A. BETICO

MONITOR                    EL MARTINEZ

TRANSCRIBER                E MARTINEZ

REVIEWER

ALBERTO:          GO AHEAD, COUSIN.

JAVIER:           COUSIN.

ALBERTO:          YES, TELL ME.

JAVIER:           RIGHT NOW WHEN THAT...WHEN HE CALLED ME.  THAT SHIT
                  RIGHT NOW IT'S AT TWO NINE HUNDRED'S (2,900) COUSIN.

ALBERTO:          WHICH ONES?

JAVIER:           LIKE THE ONES THAT GOT LOST.

ALBERTO:          AH, MAN MOTHER FUCKER ALL OF IT? THE HANDS?

JAVIER:           LOOK RIGHT NOW ALL THOSE MARES WENT THE FUCK UP ALL
                  THAT IS THREE EIGHT (38).  THEY WENT UP, BUT THE REST IS
                  THE SAME, BUT THE THIRTY-EIGHT'S (38) IS WHAT WENT UP
                  MORE, COUSIN.

ALBERTO:          OKAY, OKAY IT'S DONE.  WHEN DOES IT ARRIVE?

JAVIER:           THAT IS WHAT THEY WERE GOING TO CHECK RIGHT NOW.
                  THEY GO IN EVERYDAY TO SEE HOW...HOW THAT SHIT IS AND
                  RIGHT NOW HE'S GOING TO CHECK.

ALBERTO:          OKAY, OKAY. THEN JUST THE HANDS COUSIN, ONLY.  IT'S
                  DONE WHEN YOU HAVE SOMETHING CALL ME SO THAT I
                  CAN...LATER TALK WITH PEDRINO AND...AND HUH...THAT HE
                  CAN...GET IT AUTHORIZED THERE.

JAVIER:           OKAY AND I WAS GOING TO SEND AN EMAIL TO THE GUY SO
                  HE CAN TELL HIM ABOUT THE BIG ONE.

ALBERTO:          ALRIGHT, ALRIGHT BECAUSE ALL THAT INFORMATION I AM
                  GOING TO NEED BY THIS EVENING AND WHEN HE CALLS YOU
                  [U/I] THE SMALL MUSTANGS AND THE OTHER BIGGER RIMS...
                  SO THAT...SO THAT WE CAN GIVE IT OUR ALL THERE.

JAVIER:           YES, LIKE I TELL YOU FOR SURE IT'S GOING TO GIVE SEVEN (7)
                  FOR THE EIGHT (8) AND THE OTHER ONES THEY ARE GOING TO
                  LOOK AT RIGHT NOW.

ALBERTO:          OKAY IT'S DONE.  SO THEN...SEE IF THEY CAN EXCHANGE THE
                  BIG ONE OR IF THEY DON'T HAVE THE MUSTANG RIMS.

JAVIER:          ALRIGHT, THEN COUSIN WE'LL BE TALKING.
ALBERTO:

                         [END OF CALL]

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

ALBERTO:

JAVIER:

CASE NUMBER              M1-08-0136

TARGET                  (817) 819-3392

SESSION NUMBER          207

DATE                    TUESDAY, SEPTEMBER 15, 2009

TIME                    11:26:47 CDT

DURATION                00:01:23

DIRECTION               OUTGOING

IN/OUT NUMBER           316010158063633

SUBSCRIBER              UNKNOWN

LANGUAGE                SPANISH

PARTICIPANTS            JAVIER

                        DANIEL

MONITOR                 ELMARTINEZ

TRANSCRIBER             VTEDSALL

REVIEWER

JAVIER:     WHAT'S UP, DANIEL?

DANIEL:     NO, I ASKED I YOU WERE ABLE TO HEAR ME... THAT I SAID FOUR (4)
            DAYS.  IT'S THAT I WAS IN SCHOOL WHEN YOU CALLED ME.

JAVIER:     OH, OKAY.  YEAH, YEAH, I HEARD YOU, FOUR (4) DAYS.  OKAY,
            THAT'S FINE.

DANIEL:     ALRIGHT THEN.

JAVIER:     HE DID YOU SEND THE EMAIL TO THE GUY?

DANIEL:     FOR THE EXCHANGE?

JAVIER:     YES.

DANIEL:     YEAH, I'M JUST WAITING ON A REPLY TO SEE WHAT HE SAYS.

JAVIER:     OKAY, WHEN YOU KNOW, LET ME KNOW.  LOOK, TELL AH... CARLOS
            IF HE CAN BUY ANOTHER RADIO IN THE NAME OF ANOTHER
            PERSON.  THAT IT NOT BE IN HIS NAME.

DANIEL:     THAT ONE ISN'T IN HIS NAME, BUT I'LL TELL HIM ANYWAYS, TO GET
            ANOTHER ONE.

JAVIER:     OKAY. OR THAT HE CHANGES THE NUMBER... JUST AS LONG AS IT'S
            NOT IN HIS NAME.

DANIEL:     THAT'S FINE.  WELL, I THINK WE'RE GOING TO CHANGE THE
            NUMBER, LIKE I SAID, THE RADIO ISN'T IN HIS NAME.  BUT I... WE'LL
            GO TO THE STORE AND CHANGE HIS NUMBER ANYWAYS.

JAVIER:     YES, PLEASE.

DANIEL:     ALRIGHT.


[END OF CALL]

CASE NUMBER                 M1-08-0136

TARGET                      (817) 819-3392

SESSION NUMBER              212

DATE                        TUESDAY, SEPTEMBER 15, 2009

TIME                        13:48:43 CDT

DURATION                    00:01:19

DIRECTION                   INCOMING

IN/OUT NUMBER               143*792*4722

SUBSCRIBER                  UNKNOWN

LANGUAGE                    SPANISH

PARTICIPANTS                JAVIER ROSALES

                            UNKNOWN, MALE

MONITOR                     EL MARTINEZ

TRANSCRIBER                 E MARTINEZ

REVIEWER

JAVIER:             COUSIN HOW ARE YOU?

UM:                 GOOD, GOOD.  WHAT HAVE YOU DONE, COUSIN?

JAVIER:             WELL NO JUST HERE WORKING AND I SAID WELL LET ME
                    GREET MY COUSIN.  LISTEN COUSIN... IT'S THAT... IT'S THAT I
                    FOUND OUT AROUND THERE IF YOU DON'T HAVE CANS OF
                    PAINT THAT YOU WOULD LIKE TO MAKE ARRANGEMENTS
                    FOR AROUND THERE?

UM:                 COUSIN, THAT IS WHAT WERE ARE GOING TO BE DOING
                    AROUND THERE LOOK... I JUST CAME BACK TODAY FROM
                    THERE COUSIN.  I CAME OVER ON AN ERRAND THAT IS FAR
                    AWAY, COUSIN OVER TO THE FUCKING OTHER END COUSIN
                    AND IT'S THAT... GIVE ME A CALL ONE OF THESE DAYS TO SEE
                    WHAT IS GOING TO HAPPEN AND WE'LL HAVE A TALK.

JAVIER:             ALRIGHT, THEN BECAUSE I HAVE A BUDDY WHO WANT SOME
                    CANS AND I WANT TO SEE HOW MUCH THE CAN IS FOR.

UM:                 ALRIGHT, COUSIN DON'T WORRY GIVE ME A CHANCE  I AM
                    JUST ARRIVING OVER HERE TO FIX UP THE THINGS I HAVE TO
                    DO OVER HERE AND I'LL CALL YOU WHEN I AM ON MY WAY
                    OVER THERE.

JAVIER:             ALRIGHT, THEN COUSIN WE'LL BE TALKING.

UM:                 HOPE YOUR FINE.

                              [END OF CALL]

CASE NUMBER                    M1-08-0136

TARGET                        (817) 819-3392

SESSION NUMBER                227

DATE                          WEDNESDAY, SEPTEMBER 16, 2009

TIME                          16:29:04 CDT

DURATION                      00:00:31

DIRECTION                     INCOMING

IN/OUT NUMBER                 62*339307*3

SUBSCRIBER                    UNKNOWN

LANGUAGE                      SPANISH

PARTICIPANTS                  JAVIER ROSALES

                             F.N.U. L.N.U.

MONITOR                       ECABAN

TRANSCRIBER                   ELSA CARREON

REVIEWER

UM:          COUSIN.

JAVIER:      TELL ME.

UM:          CHECK FOR ME HOW MUCH THE TWO HUNDRED CLIPS COST. [ASIDE:
             LOOK, COME OVER HERE.] TWO HUNDRED PILL CONTAINERS OF...


                          [END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 230 |
| DATE | WEDNESDAY, SEPTEMBER 16, 2009 |
| TIME | 16:33:55 CDT |
| DURATION | 00:04:05 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | FNU LNU AKA "C.S." |
| MONITOR | ECABAN |
| TRANSCRIBER | WILMER VÁSQUEZ |
| REVIEWER | |

C.S.:

JAVIER:     WHAT'S UP, MAN? HOW ARE WE?

C.S.:       NO, JUST HERE. WHAT'S UP?

JAVIER:     LISTEN, [STUTTERS] HE CALLED ME THAT... REMEMBER FOR THE...
            THAT OF THE... THE ONE OF THE HAND, THAT THERE WAS... THAT
            WE HAD, [STUTTERS] THAT... THE ONE OF THESE GUYS, THE PHOTO?

C.S.:       YES, YES. THE PHOTOS.

JAVIER:     UH, YOU HAD TOLD HIM [STUTTERS] OF SOME... OF SOME LITTLE
            BLACK BOXES THAT FIT ON THAT ONE. [STUTTERS] BUT THAT... I
            THINK THEY'RE FROM ITALY OR SOMETHING LIKE THAT...

C.S.:       YES. YES, YES. YES, I HAD SAID.

JAVIER:     [U/I]. HE TOLD ME THAT, HOW MUCH WAS IT [STUTTERS]... WHAT
            THEY COST?

C.S.:       AH... OH , MAN. UMM... AH... I THINK THAT IT WAS THIRTY (30), MAN.
            THIRTY (30). I THINK THAT IT WAS THIRTY (30).

JAVIER:     BUT... FOR... [STUTTERS] IS IT THEIR PRICE OR HOW?

C.S.:       NO, NO, EVERYTHING. BECAUSE IT WAS LIKE... TWENTY-EIGHT (28)
            SOMETHING. AND IT WAS... IT CAME AT THIRTY (30) ALREADY.
            EVERYTHING.

JAVIER:     BUT IN OTHER WORDS... AT HOW MUCH... AT HOW MUCH DID
            THEY...? THAT'S THE PRICE THAT THEY GAVE TO YOU?

C.S.:       YES, YES. YES, MAN. YES, IT'S THAT ONE. IT'S THAT [STUTTERS]
            THEY'RE... THOSE THINGS ARE ITALIAN.

JAVIER:     HOW MUCH... HOW MUCH DO THEY GIVE... [STUTTERS] THE NORMAL
            ONES FOR? THE... JUST FOR SAY, THAT OF THE HORSE?

C.S.:       LIKE FORTY (40). FORTY (40). FORTY (40), SOMETIMES FORTY-FIVE
            (45).

JAVIER:     OKAY, BECAUSE MY FRIEND... ASKED ME. BECAUSE THEY WANTED...

|       |                                                                      |
|-------|----------------------------------------------------------------------|
|       | LIKE... SOME... TWO-HUNDRED (200).                                   |
| C.S.: | OF WHICH ONES?                                                       |
| JAVIER: | OF THOSE, OF THE BLACK ONES?                                        |
| C.S.: | WELL THE PROBLEM IS THAT WE HAVE TO GATHER THEM TOGETHER, MAN. BECAUSE SOME PEOPLE HAVE THIRTY (30), OTHER PEOPLE [U/I]... IT'S THAT YOU HAVE TO BUY THEM IN SEVERAL DIFFERENT PLACES. |
| JAVIER: | OKAY, SO THEN, WELL... WHAT I WAS GOING TO TELL YOU. OR WHICH ONES ARE EASIER TO GET THEM ALL TOGETHER? |
| C.S.: | WELL, UH... WELL, IT COULD BE THAT YOU COULD FIND THEM ALL TOGETHER. IT'S GOING TO BE THE UMM... THE AH... NO, MAN. BUT IT'S A SHITLOAD OF MONEY. |
| JAVIER: | WELL, YES. BUT I THINK MAYBE... THEY DO WANT TO GET IT. I DON'T KNOW. |
| C.S.: | BECAUSE [U/I] HAD... IN OTHER WORDS... YES, WE UH... [STUTTERS] THE ITALIAN ONES, WE CAN GET THEM IN LIKE A WEEK OR TWO WEEKS. IN OTHER WORDS WE CAN GET SOME QUICKLY. LIKE SOME ONE-HUNDRED (100). YOU UNDERSTAND ME? AND THEN LATER ON, BE GETTING THE OTHER ONES. |
| JAVIER: | BUT... IN OTHER WORDS, WHAT I'M TELLING YOU IT'S WHAT... YOU NEED TO TELL ME SO I CAN TELL HIM, BECAUSE... IF THAT'S [STUTTERS] THE PRICE THAT THEY COST. [STUTTERS] YOU UNDERSTAND ME? |
| C.S.: | YES, THEY COST [STUTTERS] THAT MUCH. BECAUSE THEY WERE... I ALREADY REMEMBERED WHICH ONES. I HAD TOLD YOU TWENTY-NINE (29) SOMETHING [U/I]. TWENTY-EIGHT (28) SOMETHING. TWENTY-NINE (29)... AND THEN... TAXES, AND THAT. WELL, I REMEMBER THAT I SAID, "OH, MAN. IT'S A SHITLOAD OF MONEY." |
| JAVIER: | YES, BUT THEN WE'LL [U/I]. AND WHEN ARE YOU GOING TO PLACE IT HIGHER? |
| C.S.: | HE DOESN'T WANT US TO PUT IT HIGHER. |
| JAVIER: | IN OTHER WORDS, YOU'RE... [STUTTERS] ARE YOU BUSY? |

| | |
|---|---|
| C.S.: | NO, NO. I'M TELLING YOU, [STUTTERS] IT'S THAT I'M HERE AT THE HOUSE. BUT I'M SAYING, THAT HE DOESN'T WANT US TO PLACE IT HIGH. WE CAN PUT IT UP SOME FOR BRINGING IT, IF YOU WANT. |
| JAVIER: | NO, NO, NO. WELL, NO, NO, NO. WELL, LIKE THAT, YES. |
| C.S.: | WELL, [STUTTERS] YOU ESTIMATE IT IF YOU WANT. BECAUSE I DON'T WANT TO PAY A LOT. [STUTTERS] THAT'S THE [U/I]... WELL, REMEMBER THAT HE SAID THAT... [STUTTERS] IN THE PILLS CONTAINERS? BUT WE DIDN'T PROFIT ANYTHING. |
| JAVIER: | NO, NO. BUT... HOW THE HELL, NOT? IN OTHER WORDS... UH... UH, LOOK. YOU KNOW WHAT? CALL DANIEL, AND CHECK THAT QUICKLY FOR ME. SO WE CAN BE SURE. NO? SO WE WON'T FUCK IT UP. |
| C.S.: | WELL, I'LL CALL RIGHT BACK QUICKLY. |

[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 235 |
| DATE | WEDNESDAY, SEPTEMBER 16, 2009 |
| TIME | 16:45:50 CDT |
| DURATION | 00:01:31 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 62*339307*3 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER |
| | BETICO |
| MONITOR | ECABAN |
| TRANSCRIBER | VTEDSALL |
| REVIEWER | |

JAVIER:    OKAY.  OH, WELL.

BETICO:    OKAY, SO THEN, WE'RE GOING TO... I'M GOING TO PASS THE AH... THE MONEY THAT WE HAVE LEFT THERE.  THEY'RE ASKING ME TO PASS ALONG THE NUMBER... SO THEN, I'M GOING TO MAKE IT... LIKE THOSE THAT... THAT WE HAVE THERE.  I'M GOING TO MAKE IT LOOK LIKE THOSE AREN'T THEM.  THAT WE HAVE [U/I].  UNTIL THEY CHANGE THEM OUT.

JAVIER:    OKAY, SO THEN... RIGHT NOW... RIGHT NOW, EXACTLY WHAT IS IT THAT YOU WANT ME TO DO WITH WHAT'S THERE?

BETICO:    RIGHT NOW... TO START OFF, ORDER ME THE HAND.  JUST LIKE THE ONE THAT WAS LOST.

JAVIER:    OKAY, THAT'S FINE.

BETICO:    THAT ONE OF THE HAND.  AND IF YOU CAN ORDER ME... THE TWO-HUNDRED (200), AH... FOR THE PILLS... THAT SAME ONE AND FROM THERE ON.

JAVIER:    OKAY, THAT'S FINE.  I'LL CALL HIM SO HE STARTS TO LOOKING FOR A STORE.

BETICO:    AND I'M GOING TO GIVE THEM THE NUMBER THAT WE HAVE THERE IN MONEY, SO THEY CAN AUTHORIZE US TO BUT MORE RIMS, FIFTEENS (15'S).

JAVIER:    OKAY, THAT'S FINE.


[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 278 |
| DATE | THURSDAY, SEPTEMBER 17, 2009 |
| TIME | 13:24:23 CDT |
| DURATION | 00:04:03 |
| DIRECTION | OUTGOING |
| IN/OUT NUMBER | 143*790*25 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | CONFIDENTIAL SOURCE A.K.A. CS |
| MONITOR | ELMARTINEZ |
| TRANSCRIBER | ELENA IZAK |
| REVIEWER | |

CS:         WHAT'S UP DUDE?

JAVIER:     DID HE... DID HE ANSWER TO YOU AFTER ALL?

CS:         YES, HE DID ANSWER ME, BUT... YOU KNOW THAT THIS DUDE
            [CLEARS THROAT] WANTS TO SEE UH... HE DOESN'T WANT TO SEE
            THEM ONE (1) BY ONE (1), HE WANTS TO SEE HOW MANY, I MEAN...
            THE COST OF THOSE AND HOW MANY THEY ARE GOING TO
            COMPLETE FOR EACH ONE OF THE OTHER ONES.

JAVIER:     YES, YES,... THAT WHAT HE WANTED, I MEAN... CHANGE... BUT I
            MEAN... WHAT I'M TRYING TO MAKE YOU UNDERSTAND IS... IS
            THAT... FOR US TO TELL HIM THAT THEY ARE MORE EXPENSIVE, SO
            THAT WAY, THEY WON'T BE AS MANY, YOU KNOW AND THEN... SO
            THAT WAY THERE WILL BE SOME LEFT FOR US.

CS:         YES, WELL YES, I THOUGHT THAT AS WELL. I TOLD HIM THAT I WAS
            GOING TO CHECK, ONLY THAT... UH... WHERE ARE YOU?.

JAVIER:     HERE IN... I'M WORKING WITH THE DUDE. I'M ON MY WAY TO... I'M
            GOING TO MEET THE DUDE ABOUT THE TICKETS.

CS:         ALL RIGHT, NO I WAS THINKING, IF YOU WANT, ARE YOU GOING TO
            WORK TOMORROW?

JAVIER:     YES.

CS:         ALL RIGHT THEN, SO I CAN SWING BY OVER THERE TOMORROW, BY
            MILITARY, SO WE CAN CHECK THOSE.

JAVIER:     OKAY, LISTEN, WHAT I'M TELLING YOU, LET'S SAY, WE HAVE TO
            TELL THEM EITHER WAY, THEY ARE... THEY COST EIGHT (8), FOR
            EXAMPLE, SEVEN (7) OR EIGHT (8), AND TELL THEM, YOU KNOW
            WHAT, THEY ARE GIVING US ONLY... THREE (3), FOR TWO (2) OF
            THESE ONES, OR SOMETHING LIKE THAT, YOU KNOW WHAT I MEAN?

CS:         YES, BUT IT'S... BECAUSE... HE TOLD ME THAT WE WERE SELLING
            THEM TO HIM AT TWENTY-FIVE (25), RIGHT?... BUT ISN'T IT TRUE
            THAT WE ARE SELLING THEM TO HIM AT TWENTY-THREE (23)?

JAVIER:     THEY WERE AT TWENTY-THREE (23).

CS:        HE PERSISTS THAT AT TWENTY-FIVE (25). SO THEN... I TOLD HIM,... I
           TOLD HIM, WE'LL GET TO IT EITHER WAY RIGHT NOW, BECAUSE
           RIGHT NOW, I TOLD HIM, RIGHT NOW... WE'LL CHECK WITH THAT, I
           TOLD HIM. BUT UH... I TOLD HIM, LET ME CHECK TO SEE HOW MUCH
           THEY COST AND ALL THAT, BUT HE SAYS THAT AT TWENTY-FIVE
           (25).

JAVIER:    NO MAN, THAT'S THE PRICE THAT WE GAVE HIM FOR THE FIFTEENS
           (15'S).

CS:        NO, THE FIFTEENS (15'S) WERE AT TWENTY-TWO (2), HE SAID, BUT HE
           SAID THAT... SO THAT THE FIFTEENS (15'S) WERE AT TWENTY-TWO
           (22) BUT THAT THOSE ONES WERE SOLD AT TWENTY-FIVE (25), AND I
           TOLD HIM THAT... I DON'T REMEMBER, I TOLD HIM, I EVEN TOLD HIM
           TWICE.  I EVEN ASKED DANIEL, AND DANIEL SAID, NO, THEY WERE
           AT TWENTY-THREE (23), HE SAID, BECAUSE I CAN REMEMBER THAT
           YOU CALLED HIM FROM RIGHT THERE, SO... THE SAME DAY THAT
           WE CALLED HIM, WE TOLD HIM THAT RIGHT THERE THAT IT WAS
           TWENTY-THREE (23), BECAUSE THEY WERE TWO HUNDRED (200),
           REMEMBER?, THAT THEY WERE SEVENTEEN (17), AND TWO
           HUNDRED (200) OVER HERE, AT TWENTY-THREE (23).

JAVIER:    YES, IT WAS TWENTY-THREE (23).

CS:        BUT EITHER WAY, WE'LL CHECK THAT, AND WHEN WE ARE ALL THE
           TOGETHER, WE CAN TELL HIM AGAIN. MAYBE HE IS COUNTING
           WHAT THEY ARE... WHAT HE IS SELLING THEM OVER THERE.

JAVIER:    MAYBE.

CS:        BUT EITHER WAY,... SO EITHER WAY... UH. AND I ALSO TOLD HIM
           THAT THE OTHER ONES, THESE... THE PILL CASES, IT TAKES A
           MONTH TO ARRIVE, YOU KNOW. AND THEN I FOUND A DUDE THAT
           SAYS THAT... UH... THAT HE CAN GET THEM FOR ME, ALL OF IT, WITH
           THE TRIP AND ALL, BUT OF THE HORSES KIND, FOR THIRTY-SEVEN
           (37) DOLLARS, SO I TOLD BETICO, AND HE SAID, GET THEM, AND I
           SAID, OKAY THEN, BECAUSE NO... BECAUSE IT SEAMS THAT THEY
           ARE ONLY GOING TO BE A HUNDRED (100). SO THEN, I'M GOING TO
           NEED TO LOOK FOR ANOTHER ONE, SOMEWHERE ELSE. BUT... THESE
           ONES COST ALMOST FORTY (40), AND THE DUDE... SINCE I TOLD HIM
           THAT THEY WERE THESE ONES, HE TOLD ME THAT... THAT AT
           THIRTY-THREE (33).

JAVIER:    OKAY, IT'S FINE, BUT EITHER WAY THERE IS NO PROBLEM, SO...
           WHAT HE KNOWS, THAT WE TOLD HIM THAT WE WANT IS RECOVER

THIS THAT WE'VE... AND I TOLD HIM YESTERDAY, IT DOESN'T MATTER IF WE DON'T MAKE A PROFIT, BUT WE DON'T WANT TO LOSE AND SHIT.

CS:      EXACTLY, YES, THAT'S WHAT I WAS TELLING YOU, SO... THE FACT THAT HE PUTS THEM AT TWENTY-FIVE (25) TO US, WE ARE LOSING TWO HUNDRED (200) FROM EACH, AND THEN IF WE DO NUMBER, IT IS A SHOT LOAD OF MONEY, AND WE NEVER SOLD IT TO HIM AT TWENTY-FIVE (25).


[END OF CALL]

CASE NUMBER              M1-08-0136

TARGET                   (817) 819-3392

SESSION NUMBER           297

DATE                     FRIDAY, SEPTEMBER 18, 2009

TIME                     08:39:46 CDT

DURATION                 00:02:20

DIRECTION                INCOMING

IN/OUT NUMBER            62*339307*3

SUBSCRIBER               ALBERTO PULIDO LICEA

LANGUAGE                 SPANISH

PARTICIPANTS             JAVIER ROSALES

                         ALBERTO PULIDO LICEA, A.K.A.
                         BETICO

MONITOR                  ANGEL CORNEJO

TRANSCRIBER              ELIAS J. CABAN

REVIEWER