

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:09-CR-160-A |
| ALBERTO PULIDO   (01) | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

TO UNITED STATES DISTRICT COURT JUDGE MCBRYDE:

The United States Attorney for the Northern District of Texas, by and through the undersigned assistant United States attorney, moves this honorable court to dismiss the Indictment, as it relates to the above named defendant, without prejudice, in the interest of justice in the above-referenced cause pursuant to Federal Rules of Criminal Procedure 48(a).

The United States has determined that pursuing this indictment at this time would not be appropriate.

Government's Motion to Dismiss Indictment - Page 1

Accordingly, the government requests that this motion to dismiss the Indictment, without prejudice, as it relates to the above named defendant, in the interest of justice be granted.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Alex Lewis
ALEX LEWIS
Assistant United States Attorney
Deputy Criminal Chief

/s/ Joshua T. Burgess
JOSHUA T. BURGESS
Assistant United States Attorney
State Bar of Texas No. 24001809
801 Cherry Street, Suite 1700, Unit 4
Fort Worth, Texas 76102-6897
Telephone: 817-252-5200
Facsimile: 817-252-5455

### CERTIFICATE OF CONFERENCE

The defendant does not have counsel, so there was no conference.

/s/ Joshua T. Burgess
JOSHUA T. BURGESS
Assistant United States Attorney